1  Marshall C. Whitney, #082952
   Timothy J. Buchanan, #100409
2  MCCORMICK, BARSTOW, SHEPARD
       WAYTE & CARRUTH LLP
3  P. O. Box 28912
   5 River Park Place East
4  Fresno, California 93720-1501
   Telephone: (559) 433-1300
5  Facsimile: (559) 433-2300

6  Attorneys for Plaintiff
   CFM COMMUNICATIONS, LLC
7

8                      UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

10 CFM COMMUNICATIONS, LLC,           ) CASE NO. CIV-F-04-6111 REC DLB
   a Delaware Limited Liability Company, )
11                                     ) **STIPULATION AND ORDER**
                  Plaintiff,           ) **PERMITTING TAKING OF**
12                                     ) **DEPOSITIONS AFTER**
   -vs-                                ) **DISCOVERY CUTOFF, AND**
13                                     ) **REVISING EXPERT WITNESS**
   MITTS TELECASTING COMPANY,          ) **DISCLOSURE AND DISCOVERY**
14 a California Corporation,           ) **CUTOFF DATES**
                                       )
15                Defendant.           ) **Current Discovery**
                                       ) **Cutoff: May 2, 2005**
16 _____) **Trial Date: November 8, 2005**

17         The parties to this action, through their counsel of record, hereby stipulate and agree

18 as follows:

19         1.    The current no-expert discovery cutoff in this matter is May 2, 2005, as set

20 forth in this Court's scheduling order filed on November 29, 2004.

21         2.    The parties have diligently completed various discovery to date, but have been

22 unable to complete discovery from certain third-party witnesses and entities on or before the current

23 discovery cutoff.

24         3.    The parties have stipulated to a deposition schedule permitting taking certain

25 depositions (including production of documents) from third parties after the current discovery cutoff

26 of May 2, 2005. Specifically, the parties have agreed to the following deposition schedule:

27 ///

28 ///

1       (a)    The deposition of John Wilner on May 5, 2005, in Washington, D.C.

2       (b)    The deposition of John Feore on May 5, 2005, in Washington, D.C.

3       (c)    The deposition of David Burns on May 6, 2005, in Washington, D.C.

4       (d)    The deposition of John G. Johnson, Jr. on May 6, 2005, in Washington, D.C.

6       (e)    The deposition of Pappas Telecasting Company pursuant to Rule 30(b)(6) on May 26, 2005, at 9:30 a.m., in Fresno, California.

8       (f)    The deposition of Comerica Bank on May 27, 2005, at 9:30 a.m., in Fresno, California.

10     4.    The parties do not expect any other non-expert discovery after the current discovery cutoff.

12     5.    To accommodate completion of the above-non-expert discovery, the parties further have agreed to modify the existing dates for disclosure of expert witnesses and completion of expert discovery. The current deadline for disclosure of experts is April 18, 2005, and for supplement experts May 5, 2005. The current expert discovery cutoff is June 15, 2005. The parties have agreed as follows:

17       (a)    The expert disclosure deadline shall be June 13, 2005.

18       (b)    The deadline to disclose supplemental experts shall be July 11, 2005.

19       (c)    The deadline to complete expert discovery shall be August 12, 2005.

20     6.    The above discovery and revision will not affect any of the remaining dates set in the scheduling order, including, without limitation, dates for filing of dispositive motions, pretrial conference and trial.

23     7.    The parties believe the above revisions are supported by a showing of mutual diligence in pursuing discovery to date, and by good cause.

25 ///

26 ///

27 ///

28 ///

| | |
|---|---|
| Dated: April 29, 2005. | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Timothy J. Buchanan
Marshall C. Whitney
Timothy J. Buchanan
Attorneys for Plaintiff
CFM COMMUNICATIONS, LLC

| | |
|---|---|
| Dated: April 29, 2005. | DOW, LOHNES & ALBERTSON, PLLC |

By: /s/ Leslie H. Wiesenfelder
Leslie H. Wiesenfelder
Attorneys for Defendant
MITTS TELECASTING COMPANY

| | |
|---|---|
| Dated: April 29, 2005. | DIETRICH, GLASRUD, MALLEK & AUNE |

By: /s/ Bruce A. Owdom
Bruce A. Owdom
Attorneys for Defendant
MITTS TELECASTING COMPANY

## **ORDER**

IT IS SO ORDERED.

Dated:   **May 2, 2005**              /s/ Dennis L. Beck
3b142a                         UNITED STATES MAGISTRATE JUDGE