UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| CFM COMMUNICATIONS, LLC, a Delaware limited liability company, ) | Case No.  1: 04 CV 6111 REC DLB |
| ) | ORDER Re: MOTIONS TO COMPEL |
| Plaintiff, ) | |
| ) | (docs 38, 39 and 41) |
| v. ) | |
| ) | |
| MITTS TELECASTING COMPANY, a California corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING DEFENDANT'S MOTIONS TO COMPEL COMPLIANCE WITH SUBPOENAS TO THIRD PARTY COMERICA BANK AND PAPPAS TELECASTING OF THE MIDLANDS**

The Motion to Compel Compliance with Deposition Subpoena to Comerica Bank ("Comerica") (Docket #38) and the Motion to Compel Compliance with Deposition Subpoena to Pappas Telecasting of the Midlands ("Pappas Telecasting") (Docket #39) filed by defendant Mitts Telecasting Company ("MTC") and the Motion to Quash subpoena duces tecum filed by Pappas Telecasting (Docket #41) came on for hearing on July 8, 2005.  The court, having considered the aforementioned motions (the "Motions"), the documents and pleadings submitted in connection therewith, and the arguments of counsel, and good cause appearing therefore, the Court HEREBY GRANTS IN PART and DENIES IN PART the Motions as follows:

1. The Matters of Inquiry Requiring Designation ("Matters of Inquiry") and Documents to be Produced as set forth on Exhibits B and C, respectively, of the subpoena served

1  upon Comerica (the "Comerica Subpoena"), and the subpoena served upon Pappas Telecasting

2  (the "Pappas Telecasting Subpoena," and collectively with the Comerica Subpoena, the

3  "Subpoenas"), shall be stricken in their entirety;

4    2. The Documents to be Produced as set forth in Exhibit C to the Comerica

5  Subpoena shall be replaced with and limited to, and the Matters of Inquiry as set forth in Exhibit

6  B to the Comerica Subpoena shall be replaced by, limited to and consistent with the subject

7  matter of, the following:

8    a. All Documents in the Possession, Custody or Control of Comerica,

9  including but not limited to the files of Douglas E. Weber, Dennis W. Johnson, Matthew C.

10 Badsky, and John A. Manalli, Relating to Pappas Telecasting's active participation in the

11 preparation, negotiation, approval or execution and delivery of any of the Credit Agreements or

12 the consummation of any financing transactions contemplated thereby dated January 1, 1999,

13 through November 15, 2004.

14   b. All Documents in the Possession, Custody or Control of Comerica,

15 including but not limited to the files of Douglas E. Weber, Dennis W. Johnson, Matthew C.

16 Badsky, and John A. Manalli, Relating to Pappas Telecasting's active participation in

17 Comerica's decision to issue the Demand Letter or in any aspect of what is contained in the

18 Demand Letter, including Communications by Pappas Telecasting to Comerica concerning CFM

19 Communications, LLC. v. Mitts Telecasting Company, U.S. District Court, E.D. Cal., Case No.

20 1: 04 CV 6111 REC DLB ("Action") dated January 1, 2004, through November 15, 2004.

21   3. The Documents to be Produced as set forth in Exhibit C to the Pappas

22 Telecasting Subpoena shall be replaced with and limited to, and the Matters of Inquiry as set

23 forth in Exhibit B to the Pappas Telecasting Subpoena shall be replaced by, limited to and

24 consistent with the subject matter of, the following:

25   a. All Documents in the Possession, Custody or Control of Pappas

26 Telecasting Relating to Pappas Telecasting's active participation in the preparation, negotiation,

27

28

**ORDER RE DEFENDANT'S MOTIONS TO COMPEL
COMPLIANCE WITH SUBPOENAS TO COMERICA
BANK AND PAPPAS TELECASTING**

approval or execution and delivery of any of the Credit Agreements or the consummation of any financing transactions contemplated thereby dated January 1, 1999, through November 15, 2004.

    b. All Documents in the Possession, Custody or Control of Pappas Telecasting relating to Pappas Telecasting's active participation in Comerica's decision to issue the Demand Letter or in any aspect of what is contained in the Demand Letter, including communications by Pappas Telecasting to Comerica concerning <u>CFM Communications, LLC v. Mitts Telecasting Company</u>, U.S. District Court, E.D. Cal., Case No. 1: 04 CV 6111 REC DLB dated January 1, 2004, through November 15, 2004.

    4. All responsive, non-privileged documents shall be produced or made available for inspection and photocopying by not later than August 5, 2005.  A privilege log identifying any responsive Document not produced shall be provided not later than August 5, 2005.

    5. The parties shall use their best efforts to complete all depositions on or before August 19, 2005, except as otherwise agreed to by the parties in writing.

    6. Any Documents produced or deposition testimony given by Comerica or Pappas Telecasting or their respective representatives in connection with the Subpoenas shall be subject to the Stipulation for a Protective Order and Order Thereon, entered on this Court's docket in this Action on or about January 7, 2005 (the "<u>January 2005 Protective Order</u>"), and any other applicable protective orders, including the Pappas Telecasting/Paul Hastings Janofsky & Walker LLP protective order, as if Comerica and Pappas Telecasting were signatories thereto.

    7. All parties shall abide by the provisions entitled "Disclosure and Use of Confidential Documents and Confidential Information" as set forth in the January 2005 Protective Order and agree that these provisions apply to the Documents produced and deposition testimony given pursuant to this Order.  All Documents produced and deposition testimony given pursuant to this Order will be deemed confidential unless Pappas Telecasting or

1  Comerica notify the parties in writing that such Documents and deposition testimony are not
2  confidential.
3        8.   All parties shall abide by the provision entitled "Return of Documents" as
4  set forth in the January 2005 Protective Order and agree that this provision applies to the
5  Documents produced and deposition testimony given pursuant to this Order.
6        9.   All capitalized terms used but not otherwise defined herein shall have the
7  meanings assigned to them in Exhibit A to the Subpoenas.
8        IT IS SO ORDERED.
9  Dated: July 25, 2005

                                    /s/ Dennis L. Beck_____
                                    DENNIS L. BECK
                                    UNITED STATES MAGISTRATE JUDGE

Approved as to form.

DATED: July __, 2005         McCORMICK, BARSTOW, SHEPPARD,
                               WAYTE & CARRUTH, LLP


BY: _____
    TIMOTHY J. BUCHANAN
    Attorneys for Plaintiff
    CFM Communications, LLC

DATED: July __, 2005         DIETRICH, GLASRUD, MALLEK & AUNE


BY: _____
    BRUCE A. OWDOM
    Attorneys for Defendant
    Mitts Telecasting Company

DATED: July __, 2005         COMERICA BANK


BY: _____
    ELIZABETH M. KHACHIGIAN
    Attorneys for Third Party
    Comerica Bank

DATED: July __, 2005         CRIPE & GRAHAM


BY: _____
    GARY CRIPE
    Attorneys for Third Party
    Pappas Telecasting of the Midlands