# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFM COMMUNICATIONS, LLC, | CASE NO. CV F 04-6111 DLB |
| Plaintiff, | **STATEMENT ON THIS COURT'S FURTHER INVOLVEMENT** |
| vs. | |
| MITTS TELECASTING COMPANY, et al., | |
| Defendants. | |

This Court has assisted in reaching settlement of and resolving disputes in this action and a Delaware state court action entitled *Pappas Telecasting of Central Nebraska, L.P. v. Colins Broadcasting Corporation, et al.* (collectively the "litigation"). With his June 25, 2009 letter, Leslie Wiesenfelder ("Mr. Wiesenfelder"), counsel for Thomas F. Mitts, M.D., Mitts Telecasting Company, and Colins Broadcasting Corporation, requests this Court to address newly raised unresolved matters.

Since this Court's involvement in the litigation, this Court's caseload has increased dramatically to make it nearly impossible for this Court to give meaningful attention to the matters raised in Mr. Wiesenfelder's letter. This Court lacks the time and resources necessary to devote itself to the multiple levels of fact and law involved. This Court's position is no reflection on the parties and counsel or their attitudes or positions. Notwithstanding the above, this Court will uphold its commitments as absolutely necessary and in the absence of other available options, including another judge's addressing the newly raised matters. As such, this Court directs the parties and counsel first to address handling the further

1  matters without this Court's direct assistance.

2      IT IS SO ORDERED.

3  **Dated:   June 26, 2009**                         /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE