1  Marshall C. Whitney, #082952                    (SPACE BELOW FOR FILING STAMP ONLY)
   MCCORMICK, BARSTOW, SHEPPARD
2    WAYTE & CARRUTH LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, California  93720-1501
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5  Attorneys for Plaintiff
   CFM COMMUNICATIONS, LLC
6
   Leslie Wiesenfelder
7  Dow, Lohnes PLLC
   1200 New Hampshire Avenue, NW, Suite 800
8  Washington, DC 20036-6802
   Telephone:  (202) 776-2726
9  Facsimile:  (202) 776-2222
   Pro Hac Vice
10 Attorneys for Defendant
   MITTS TELECASTING COMPANY
11

12                     UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15 | CFM COMMUNICATIONS, LLC, a | Case No.  CIV-F-04-6111 DLB |
   | Delaware limited liability company, | |
16 | | **STIPULATION OF DISMISSAL WITH** |
   | Plaintiff, | **PREJUDICE** |
17 | | |
   |    v. | |
18 | | |
   | MITTS TELECASTING COMPANY, a | |
19 | California corporation, | |
   | | |
20 | Defendant. | |

21

22        Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), CFM Communications, LLC and Mitts

23 Telecasting Company Mitts hereby stipulate and agree that this action is hereby dismissed with

24 prejudice.  Each party shall bear its own costs and expenses

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1

JOINT PRETRIAL STATEMENT

1    Dated: October 19, 2009                    McCORMICK, BARSTOW, SHEPPARD
                                                 WAYTE & CARRUTH LLP
2

3

4                                                By: /s/   Marshall C. Whitney
                                                       Marshall C. Whitney
5                                                       Timothy J. Buchanan
                                                       Attorneys for Plaintiff
6                                                    CFM COMMUNICATIONS, LLC

7    Dated: October 19, 2009                    DOW, LOHNES & ALBERTSON PLLC

8

9                                                By: /s/   Leslie H. Wiesenfelder
                                                       Leslie H. Wiesenfelder
10                                                   Attorneys for MITTS TELECASTING
                                                            COMPANY
11

12

13

14

15   IT IS SO ORDERED.

16       Dated:   **October 23, 2009**              /s/ *Dennis L. Beck*

17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

JOINT PRETRIAL STATEMENT